UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 11-94-KSF

STATE FARM FIRE & CASUALTY INS. CO.                          PLAINTIFF

v.                              **OPINION & ORDER**

WATTS WATER TECHNOLOGIES, INC.                               DEFENDANT

\* \* \* \* \* \* \* \* \* \*

Currently before the Court is the motion [DE #5] of the plaintiff, State Farm Fire & Casualty Insurance Company ("State Farm"), for leave to file its First Amended Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure. The defendant has not filed any response to State Farm's motion, and the time for so filing has expired.

In support of its motion, State Farm notes that the defendant, in its Answer to the Complaint [DE #3], alleges that it is not the actual manufacturer of the alleged defective product in question. Instead, the defendant alleges that the product was manufactured by a wholly owned subsidiary company of the defendant, Watts Regulator Company. State Farms seeks to file an Amended Complaint adding Watts Regulator Company as a party defendant. In light of Rule 15's pronouncement that "[t]he court should freely give leave when justice so requires," State Farm's motion to amend [DE #5] is hereby **GRANTED**. The Clerk is **DIRECTED** to **FILE** the tendered amended complaint.

This May 3, 2011.



**Signed By:**

*Karl S. Forester* KSF

**United States Senior Judge**